UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VANCE ROCHA, | No. C 11-5729 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| VIMAL SINGH, warden, | |
| Respondent. | |

Petitioner's former counsel has sent a letter to the court relaying petitioner's request for an extension of time to file his traverse. Upon due consideration, the request is GRANTED. (Docket # 7.) No later than **June 29, 2012**, petitioner must file his traverse and serve a copy of it on respondent's counsel.

Although the court has entertained former counsel's request on this one occasion, it will not do so again. Petitioner is cautioned that he is representing himself in this action and other people (even his former attorney) have no authority to act on his behalf in this action.

IT IS SO ORDERED.

DATED: May 30, 2012

SUSAN ILLSTON
United States District Judge