UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VANCE ROCHA,<br><br>    Petitioner,<br><br>  v.<br><br>VIMAL SINGH, warden,<br><br>    Respondent.<br>_____ / | No. C 11-5729 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: August 17, 2012

                                        SUSAN ILLSTON
                                United States District Judge