UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN VANCE ROCHA,　　　　　　　　　　　　No. C 11-5729 SI (pr)

　　　　Petitioner,　　　　　　　　　　　　　**JUDGMENT**

　　v.

VIMAL SINGH, warden,

　　　　Respondent.
　　　　　　　　　　　　　　　　　/

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: August 17, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge